UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.    Case No: 6:19-mj-1556

**CURTIS FLEMING**

AUSA: Emily Chang
FPD: Nicole Mouakar

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **August 1, 2019**<br>2:42 P.M.- 3:13 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 31 minutes |
| DEPUTY CLERK: | T. LeGros | RECORDING: | Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Ivette Suarez |

## CLERK'S MINUTES
## INITIAL APPEARANCE/PRELIMINARY HEARING
**DEFENDANT WAS ARRESTED ON PROBABLE CAUSE TODAY**

Case called, appearances made, procedural setting by the Court.
No issue as to competency.
Court advises defendant of his rights.
Government advises of the charge and potential penalties.
Defendant requests court appointed counsel; Court appoints FPD; Order to enter.
Defendant requests a preliminary hearing.
Government witness, Special Agent Michelle Langer, is sworn and testifies; Cross examination.
Testimony concludes
Arguments
Court finds there is Probable Cause to proceed; Order to enter.
Government is seeking detention.
Detention hearing scheduled tomorrow 8/2/19 at 1:30 P.M.
before Judge Irick; Notice to enter.
Court adjourned.