# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:19-mj-1556

CURTIS FLEMING

---

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in Title 18 U.S.C. § 2252 have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **Curtis Fleming** answer in the Middle District of Florida where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2019.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender