UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:19-mj-1556

**CURTIS FLEMING**

AUSA: Emily Chang
FPD: Nicole Mouakar

| JUDGE: | **DANIEL C. IRICK** United States Magistrate Judge | DATE AND TIME: | **August 2, 2019** 1:33 P.M.- 2:38 P.M. |
| --- | --- | --- | --- |
| Courtroom: | 4C | TOTAL TIME: | 1:05 |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital Orlando_Digital_Transcripts @flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Ebonie Henderson |

# CLERK'S MINUTES
## DETENTION HEARING

Case called, appearances made, procedural setting by the Court.
Court proceeds by proffer relying on the contents of the complaint.
Defense witness, John Fleming, is sworn and testifies; Court inquires of the witness;
Cross examination; Testimony concludes.
Arguments
Defendant to be released with conditions as set forth in the Order Setting Conditions of Release, on Monday August 5, 2019 upon activation of Pretrial GPS monitoring
Court adjourned